UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Lenora L Cosby and Darryl Cosby,

    Debtors.

Case No. 13–31160  
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on April 30, 2018 at 10:00 AM

to consider and act upon the following:

*57* – Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 04/16/2018. (McKinney, Sabrina)

*58* – Objection to Trustee's Motion to Dismiss Case filed by Richard D. Shinbaum on behalf of Darryl Cosby, Lenora L Cosby (RE: related document(s)57 Trustee's Motion to Dismiss Case). (Attachments: # 1 Exhibit) (Shinbaum, Richard)

Dated April 16, 2018

Juan–Carlos Guerrero  
Clerk of Court